IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:19-CR-409-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES TIWAUNA MURRAY | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count Two, (Doc. No. 30), of the Indictment, (Doc. No. 1), without prejudice, to which the defendant does not object. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 30), is **GRANTED** and Count Two of the Indictment, (Doc. No. 1), is **DISMISSED without prejudice**.

Signed: April 27, 2021

Max O. Cogburn Jr.
United States District Judge