UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-CR-00409-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JAMES TIWAUNA MURRAY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction under Amendment 821 to the United States Sentencing Guidelines. (Doc. Nos. 36, 37). Because Defendant was assessed two additional criminal history points for committing his offense while under a criminal justice sentence, see (Doc. No. 32 ¶ 42), the Court will require the Government to respond to Defendant's motion.

### ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL** respond to Defendant's pro se motion to reduce sentence (Doc. No. 36) within 30 days of the entry of this order.

Signed: July 23, 2024

Max O. Cogburn Jr
United States District Judge

1